# United States Court of Appeals
## For the First Circuit

No. 17-1319

UNITED STATES OF AMERICA,

Appellee,

v.

ELVING MADERA-RIVERA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 2, 2018 is amended as follows:

On page 3, line 6, "2014" should be changed to "2016"